UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2023 MAY -1 PM 4:43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ CR _____
DEPUTY

Kelly Michael Velayas – on behalf of
African American Citizens (descendants of slaves)
of the United States of America
*Plaintiff*

}
}
}   Civil Action – *Pro Se*
}
}      *in forma pauperis*
}
}   1:23 CV 00493 RP
}
}   JURY BY TRIAL – YES

All southern states
Maryland, Virginia, West Virginia, Kentucky,
Tennessee, Texas, Arkansas, Oklahoma,
Louisiana, Mississippi, Georgia, North Carolina,
South Carlina, Florida, Alabama, Missouri,
including Arizona & California
*Defendants*

## CLASS ACTION COMPLAINT – TO CIVIL CASE

I.  Parties to the complaint:

   *Plaintiff:*
   Kelly Michael Velayas – on behalf of – African American (descendants of slaves), United States of America Citizens

   *Defendants:*
   To summon all State Attorney Generals – of all Southern States – including Arizona and California

   Maryland – Anthony G. Brown – State Attorney General, 200 St. Paul Place, Baltimore, MD 21202
   Virginia – Jason Miyares – State Attorney General, 202 North Ninth Street, Richmond, VA 23219
   West Virginia – Patrick Morrisey - State Attorney General, State Capitol Complex, Bldg. 1, Rm E-26, 1900 Kanawha Blvd. E, Charleston, WV 25305
   Kentucky – Daniel Cameron – State Attorney General, 700 Capital Avenue, Suite 118, Frankfort, Kentucky 40601
   Tennessee – Jonathan Skrmetti – State Attorney General, P.O. Box 20207, Nashville, TN, 37202
   Texas – Ken Paxton – State Attorney General, P.O. Box 12548, Austin, TX, 78711-2548
   Arkansas – Tim Griffin – State Attorney General, 323 Center St, #200, Little Rock, AR
   Oklahoma – Gentner Drummond – State Attorney General, 313 NE 21st Street, Oklahoma Cit, OK, 73105
   Louisiana – Jeff Landry – State Attorney General, 1885 North Third Street, Baton Rouge, LA 70802
   Mississippi – Lynn Fitch – State Attorney General, P.O. Box 220, Jackson, MS 39205
   Georgia – Chris Carr – State Attorney General, 40 Capitol Square SW, Atlanta, GA 30334
   North Carolina – John Stein – State Attorney General, 9001 Mail Service Center, Raleigh, NC 27699-9001

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

  South Carlina – Alan Wilson - State Attorney General, Rembert Dennis Building, 1000 Assembly Street, Room 519, Columbia, S.C. 29201
  Florida – Ashley Moody - Office of the Attorney General, State of Florida, PL-01, The Capitol, Tallahassee, FL 32399-
  Alabama – Steve Marshall – State Attorney General, 501 Washington Ave, Montgomery, AL 36104
  Missouri – Andrew Bailey - Missouri Attorney General's Office, Supreme Court Building, 207 W. High St., P.O. Box 899, Jefferson City, MO 65102
  Arizona – Kirs Mayes – State Attorney General, 2005 N Central Avenue, Phoenix, AZ 85004
  California – Rob Bonta - State Attorney General, P.O. Box 944255, Sacramento, CA 94244-2550

II. Basis for Jurisdiction:

  Under Article III of the Constitution, federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States..."

  28 U.S. Code § 1331 - Federal question- U.S. Code
  The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

III. Complaint:

  The Plaintiff Alleges –

  I – Kelly Michael Velayas – of sound mind, body and spirit – US citizen – of white ancestry, Latino surname – on this day – April 30th, 2023 – on behalf of – African American Citizens (descendants of slaves) of the United States of America – and by my own account, experience in life – having lived and worked in the white community in over 20 states, over the past 30 years – having seen with my own eyes – in intimate detail – from within the white community – what they are doing, and continue to do – to the African American community – herby allege – African American US citizens (*praesertim* – descendants of slaves) must endure:

1) African Americans must endure continued segregation. Like American Indians – African Americans are (and have always been) targets – because of their skin color.

2) African Americans must endure aggravated harassment – conspiracies by whites (and gangs) that target them, in various ways – to perpetuate white dominance – in all facets of society – including – but not limited to the US Military, Law Enforcement, all levels of government.

3) African Americans must endure hindered advancement in society – locked-out of land ownership, barred from business ownership – *esp.* Sports Franchises – by white ownership cabals – *that maintain status quos* – manifested, by descendants (of white slave owners) – who fear retribution – for past atrocities (slavery, lynchings and genocide).

4) African Americans are harassed – and live in fear – in their own communities.

5) African Americans are imprisoned by disproportionate numbers – using laws that specifically targeting their lifestyle and habits – for the sole purpose of imprisonment – to perpetuate fear and harassment.

IV.   Relief:

### – REQUEST FOR – EQUITABLE RELIEF JUDGEMENT –

I – Kelly Michael Velayas – on behalf of – African American Citizens (especially descendants of slaves) of the United States of America – hereby request the United States of American – recognize the African American community as an Independent Nation – and to consent to a treaty – between nations – the United State of America – and the African American Nation – to empower the descendants of slaves – the African American community – to allow them – to protect themselves – from the descendants of slave owners – and the communities (governments, police, military and power structures) that whites control (note: running all facets of governance, wealth, investment, communities, hospitals, jails, and work opportunities) – in the United States of America.

African Americans – deserve to have their own – Nation – independent communities – where no encroachment, infiltration – excuse to encroach or infiltrate is tolerated – where they will be self-governed – without oversight – by International, Federal, State, or local governments and laws – or any other government (or independent) organization (of any kind) – *including capital crimes*. Where white police officers (or of any other race) are kept from entering…Where the African American community will protect and police themselves – elect their own leaders – free from manipulation or attacks from outside. Note: Polling stations – for US Federal, State and local elections will be allowed in those communities – free from oversight by other races – or outside manipulation, or harassment.

I – Kelly Michael Velayas – on behalf of – African American Citizens (especially descendants of slaves) request the creation of – The African American nation – consisting of – African American Reservations – of – 2,000 acres each (above the 100-year flood plain – free of chemical or damaging contaminates) – for – self-governance – independent of all International, Federal, State and local governments – and laws – in and around all large and medium sized cities in the Southern States (in the USA) including California and Arizona. Each reserve will include one single area (of 1,000 acres) within 5 miles of the city center (above the 100-year flood plain – free of chemical or damaging contaminates) – to be built into suburbs (if deemed necessary) and additional land – comprised of one single area – outside the city – of at least 1,000 acres (above the 100-year flood plain – free of chemical or damaging contaminates) – to be used as farmland – or park(s) – anything that is decided (by the self-governed African American Nation – community) – and these areas will be connected by a train (or light rail) which will continue – from the outer Reservation to the city Reservation (or community) – to the center of that (specific) city.
Government grants and (forgivable loans) to be provided – to build these communities.
Transfer of land (all 180 areas of – at least – 2,000 acres a piece – for a total of 360,000 acres – of land (above the 100-year floor plane – free of chemical or damaging contaminates) to be completed – within 1 year of judgement – to the NAACP – with oversight by Barack Obama and Louis Farrakhan.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Request – African American Reservations – in the following states (cities-areas):

**Delaware**
   Dover, Delaware City, Wilmington
**Maryland**
   Annapolis, Baltimore, Easton, Cambridge, Snow Hill, Westminster, Upper Marlboro, Bethesda
**Virginia**
   Richmond, Virginia Beach, Lynchburg, Arlington, Roanoke, Danville
**West Virginia**
   Charleston, Morgan Town, Parkersburg, Huntington
**Kentucky**
   Lexington, Covington, Louisville, Paduca, Frankfort, Bowling Green, Richmond, Cairo, Elizabethtown, Danville
**Tennessee**
   Memphis, Nashville, Knoxville, Johnson City, Chattanooga, Murfreesboro, Jackson, Bristol, Clarksville, Columbia, Oak Ridge
**Texas**
   Dallas, Fort Worth, El Paso, San Antonio, Austin, Houston, Lubbock, Amarillo, Abilene, Corpus Christie, Waco, Temple, Texarkana, Beaumont, College Station, Tyler, Brownsville, San Marcos, College Station, Killeen, Midland, Odessa, Galveston, Bastrop
**Arkansas**
   Little Rock, Hot Springs, Texarkana, Junction City, West Memphis, Jonesboro, Fayetteville, Fort Smith, Mountain Home
**Oklahoma**
   Oklahoma City, Tulsa, Shawnee, Lawton, Norman, Boise City, Broken Bow, Elk City, Moore
**Louisiana**
   Shreveport, New Orleans, Monroe, Alexandria, Lake Charles, Fayetteville, Baton Rouge, Hammond, Oakdale
**Mississippi**
   Jackson, Clarksdale, Vicksburg, Hattiesburg, Gulfport, Tupelo, Columbus, Canton, Greenville, Little Tallahatchie
**Georgia**
   Atlanta, Augusta, Athens, Columbus, Macon, Savannah, Albany, Warner Robbins, Rome, Gainesville, Dalton, Covington
**North Carolina**
   Winston-Salem, Ashville, Charlotte, Greensboro, Durham, Raleigh, Jacksonville, Wilmington
**South Carlina**
   Columbia, Spartanburg, Charleston, Myrtle Beach, Clemson, Darlington, Beaufort
**Florida**
   Cape Coral, Pensacola, Coral Springs, Orlando, Clearwater, Tampa, Fort Lauderdale

**Alabama**
   Florence, Huntsville, Birmingham, Bessemer, Tuscaloosa, Montgomery, Mobile, Dothan, Hoover, Fort Payne, Gadsden, Tuskegee
**Missouri**
   Saint Louis, Kansas City, Hannibal, Springfield, Jefferson City, Columbia, Saint Joseph, Joplin, Cape Girardeau, Branson, Warrensburg, Poplar Bluff, Washington
**Arizona**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Phoenix, Yuma, Prescott, Flagstaff, Tucson
**California**
Los Angeles, Sacramento, San Francisco, San Deigo, Santa Barbara, Santa Cruz, Modesto, Napa, Eureka, Fresno, Bakersfield, Visalia, Lake Tahoe

Also – request – the creation of 4 – new – National Football League franchises – to create opportunities – for minorities – at the ownership level. Ownership of these new franchises to be determined by the NAACP – with oversight by Barack Obama and Louis Farrakhan.

The – **Birmingham Kings** – to be located in Birmingham, Alabama – named after Martin Luther King Jr. – to be owned – solely – by African Americans – and sold by the NFL to new owners for $1.

The – **Saint Louis Steamers** – to be located in Saint Louis, Missouri – to be owned – solely – by African Americans – and sold by the NFL to new owners – for $1

The – **Oklahoma Nation** – to be located in Oklahoma City – to be owned – solely – by Native Americans – and sold by the NFL to new owners for $1.

The – **Central Texas Matadors** – to be located in Austin, Texas – to be owned – solely – by Latinos (of Mexican decent) – and sold by the NFL to new owners for $1.

*These teams will not be sold or traded – to any other investor group – or corporation (or legal entity or individual) – outside of the defined ethnicity – identified above – throughout the future/history of the franchise.

Also – request – the creation of 4 – new – MLB, NBA, and MLS franchises – to create opportunities – for minorities – at the ownership level. Ownership of these new franchises to be determined by the NAACP – with oversight by Barack Obama and Louis Farrakhan – and sold by the NFL to new owners for $1.

*These teams will not be sold or traded – to any other investor group – or corporation (or legal entity or individual) – outside of the defined ethnicity – identified above – throughout the future/history of the franchise.

Plaintiff: _____   Date: 5-1-2023

Address: 110 Harper Dr, Bastrop, Texas 78602
Phone: (737) 717-1476